**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John Cotto, | Civil Action No. 2:23-cv-03329-JMV-JRA |
| Plaintiff, | |
| – against– | |
| Route 46 Chrysler, LLC d/b/a Chrysler Jeep Dodge, John Does 1-99, | |
| Defendant(s). | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, pursuant to FRCP 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: September 14, 2023

Respectfully submitted,

| **GARIBIAN LAW OFFICES, P.C.** | **BARON SAMSON LLP** |
|---|---|
| */s/ Antranig Garibian* | By: *s/ Andrew C. Samson* |
| Antranig N. Garibian, Esq. | Andrew C. Samson, Esq. |
| Attorney No.: 008492005 | 27 Horseneck Road, Suite 210 |
| 1800 JFK Blvd., Suite 300 | Fairfield, NJ 07004 |
| Philadelphia, PA 19103 | Telephone: (973) 244-0030 |
| Phone: 215-326-9179 | Email: aasamson@baronsamson.com |
| ag@garibianlaw.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Route 46 Chrysler, LLC d/b/a Chrysler Jeep Dodge* |

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:    12/13/2023